ATLANTIC CITY v. RUDOLPH FANSLAR, PROSECUTOR.

Argued November 5, 1903—Decided February 23, 1904.

On *certiorari* to the recorder of Atlantic City.

Before Justices FORT and PITNEY.

For the prosecutor, *John C. Reed.*

For the defendant, *Harry Wootton.*

The opinion of the court was delivered by

FORT, J. The conviction in this case is affirmed for the reasons given in Atlantic City *v.* Feretti, decided at the present term.

The offence in this case was that the prosecutor did "charge more than the legal fare for conveying a passenger from one point to another in said city."

The regulation is fixed by the same ordinance as that sustained as reasonable in the Feretti case. *Atlantic City* v. *Fonsler, ante* p. 125.

There was abundant evidence to sustain the conviction in this case.

The conviction is affirmed, with costs.